AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

United States of America
v.
GABRIEL CORDERO

*Defendant(s)*

Case No. 3:17 mj 1147 RAR

FILED 2017 JUN 29 P 12:01
US DISTRICT COURT
HARTFORD CT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   September, 2016 to the present   in the county of   Hartford   in the
_____ District of   Connecticut   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 841(a)(1) | Possession with intent to distribute and distribution of heroin |
| 21 U.S.C. Section 846 and 841(a)(1) | Conspiracy to possess with intent to distribute and to distribute heroin |

This criminal complaint is based on these facts:

See Affidavit of Task Force Officer Matthew Kowalczyk, DEA

☐ Continued on the attached sheet.

*Complainant's signature*

Matthew Kowalczyk, Task Force Officer, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   06/28/2017

/s/ RAR
*Judge's signature*

City and state:   Hartford, Connecticut

Hon. Robert A. Richardson, U.S. Magistrate Judge
*Printed name and title*